# Morgan Lewis

## MEMO ENDORSED

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

October 22, 2020

**Via ECF**

The Honorable Edgardo Ramos
United States District Judge
United States District Court
 For the Southern District of New York
40 Foley Square, Courtroom 619
New York, NY 10007

Re:  *Angeles v. Peter Millar LLC*, Case No. 1:20-cv-08150-ER
     **Request to Extend Defendant's Time to Respond to Complaint**

Dear Judge Ramos:

We represent defendant Peter Millar LLC ("Defendant") in the above-referenced action. Pursuant to Rules I(A) and I(E) of Your Honor's Individual Practices, we write with the consent of counsel for plaintiff Jenisa Angeles ("Plaintiff"), respectfully to request that the Court extend Defendant's time to respond to the Complaint from October 26, 2020 to November 25, 2020. This is Defendant's first request for an extension of time to file a response to the Complaint.

In support of this request, counsel for Defendant states that it was recently engaged in this matter and requests this extension to become familiar with the relevant facts and allegations. As noted above, Plaintiff's counsel consents to this request. If granted, this extension will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

> Defendant's request for an extension to file a response to the Complaint is GRANTED. Defendant shall respond to the Complaint by November 25, 2020. SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 10/23/2020
> New York, New York

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY  10178-0060         +1.212.309.6000
United States                    +1.212.309.6001