# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

November 20, 2020

**MEMO ENDORSED**

> The request is GRANTED. Defendant must respond to the Complaint by no later than December 24, 2020. SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 11/20/2020
> New York, New York

**Via ECF**

The Honorable Edgardo Ramos
United States District Judge
United States District Court
 For the Southern District of New York
40 Foley Square, Courtroom 619
New York, NY 10007

Re:   *Angeles v. Peter Millar LLC*, Case No. 1:20-cv-08150-ER
      **Request to Extend Defendant's Time to Respond to Complaint**

Dear Judge Ramos:

We represent defendant Peter Millar LLC ("Defendant") in the above-referenced action. Pursuant to Rules I(A) and I(E) of Your Honor's Individual Practices, we write with the consent of counsel for plaintiff Jenisa Angeles ("Plaintiff"), respectfully to request that the Court extend Defendant's time to respond to the Complaint from November 25, 2020 to December 24, 2020. This is Defendant's second request for an extension of time to file a response to the Complaint.  The Court granted Defendant's first request.

In support of this request, counsel for Defendant states that the parties have recently engaged in discussions about a possible early resolution of this matter.  If granted, this extension will permit the parties to focus on those efforts, rather than on pleadings and litigation.  If granted, this extension will not affect any other dates schedule in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060           ☎ +1.212.309.6000
United States                      ✉ +1.212.309.6001