# Morgan Lewis

**MEMO ENDORSED**

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

January 21, 2021

The application is  x  granted
             ___ denied

_____
Edgardo Ramos, U.S.D.J
Dated: 1/22/2021
New York, New York

**Via ECF**

The Honorable Edgardo Ramos
United States District Judge
United States District Court
 For the Southern District of New York
40 Foley Square, Courtroom 619
New York, NY 10007

Re:   *Angeles v. Peter Millar LLC*, Case No. 1:20-cv-08150-ER
      **Request to Extend Defendant's Time to Respond to Complaint**

Dear Judge Ramos:

We represent defendant Peter Millar LLC ("Defendant") in the above-referenced action. Pursuant to Rules I(A) and I(E) of Your Honor's Individual Practices, we write, with the consent of counsel for plaintiff Jenisa Angeles ("Plaintiff"), respectfully to request that the Court grant Defendant a brief and final extension of time – from January 22, 2021 to February 5, 2021 – to respond to the Complaint in this action. This is Defendant's fourth request for an extension of time to file a response to the Complaint. The Court granted each of Defendant's prior requests.

In support of this request, counsel for Defendant states that the parties are continuing to engage in discussions about a possible early resolution of this matter. If granted, this extension will permit the parties a final opportunity to resolve the matter without further judicial involvement, or, if those efforts are unsuccessful, for Defendant to prepare and submit a response to the Complaint. As noted above, Plaintiff's counsel consents to this request. If granted, this extension will not affect any other dates scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ Michael F. Fleming

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY 10178-0060       T +1.212.309.6000
United States                 F +1.212.309.6001